9.4.24

FILED
SEP 10 2024
CLERK'S OFFICE
DETROIT

Anthony Green #964044
St. Louis Corr Facility
320 N. Hubbard St.
St. Louis, MI 48880

Court Clerk,

Hello - I recently settled the case for 2:24-cv-10347, on 8.20.24 with the MDOC for $450.
I signed the Release of Settlement on 8.22.24.

The reason im reaching out to you is in hopes that you can help me recieve the actual $450. I settled for it and have yet to recieve it in my Prisoner Trust Fund account.

Please help me

-Thank you

Anthony Green

NAME: Anthony Green
Number: 969044
Address: St. Louis Corr. Facility
Address: 3201 N Hubbard St
St. Louis, MI 48880

GRAND RAPIDS MI 493
6 SEP 2024 PM 2 L

Office of the Clerk
United States District Court
Eastern District of Michigan
231 W. Lafayette Blvd. 5th Floor
Detroit, MI 48226

48226-270099

MARSHALS

U.S. POSTAGE
SEP 05 2024